FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MAX A. MELENDEZ, JR.<br>Plaintiff | § § § § | CIVIL ACTION NO. 4:10-CV-02844 |
| VS. | § § § § | |
| TSM HOUSTON, INC.<br>Defendant | § § § | |

## ORDER AND JUDGMENT FOR DISMISSAL WITH PREJUDICE

On the parties Joint Motion to Dismiss With Prejudice, it is

ORDERED, ADJUDGED and DECREED that the above-styled cause of action be and is hereby dismissed with prejudice. This Order applies to all matters alleged by either party, and this is a final judgment.

Signed this 27th day of October, 2011.

_____
United States District Judge